## BALTIMORE & OHIO CHICAGO TERMINAL RAILROAD CO. ET AL. *v.* UNITED STATES ET AL.

No. 539.   Decided November 6, 1967.

*John H. Gobel* for appellants.

*Acting Solicitor General Spritzer, Assistant Attorney General Turner, Robert W. Ginnane* and *Nahum Litt* for the United States et al., and *Don McDevitt* for Atchison, Topeka & Santa Fe et al., appellees.

PER CURIAM.

The motions to affirm are granted and the judgment is affirmed.